UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Jude Eagle,

    Plaintiff,

Case No. 22-cv-378 PJS/ECW

v.

**ORDER**

Mrs. Crider,

    Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 12, 2022, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINLY.

DATED: August 11, 2022

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ, Chief Judge
United States District Court